Carroll, }
June, 1895. }

## WOODBURY *v.* WHITING.

CASE, for slander. The plaintiff excepted to evidence offered by the defendant in mitigation of damages. Verdict for the defendant.

*George W. M. Pitman* and *James A. Edgerly*, for the plaintiff.

*Elmer J. Smart* and *John B. Nash*, for the defendant.

PARSONS, J. The jury could not have found for the defendant if they had not found that the defendant did not speak the words alleged. *Wier* v. *Allen*, 51 N. H. 177, 180. If the defendant did not make the charge alleged as the slander, it is of no consequence whether the evidence excepted to was or was not competent upon the question of damages. The case presents no reason for the consideration of that question. *Wier* v. *Allen*, *supra*.

*Exception overruled.*

CLARK, J., did not sit : the others concurred.